Leonard C. Herr, #081896
Ron Statler, #234177
Caren L. Curtiss, #311218
HERR PEDERSEN & BERGLUND LLP
Attorneys at Law
100 Willow Plaza, Suite 300
Visalia, California 93291
Telephone: (559) 636-0200

Attorneys for Defendant,
RICHARD SCHELLENBERG

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRANDON GREENE, RENE L. BRANDT,<br><br>Plaintiffs,<br><br>v.<br><br>RICHARD SCHELLENBERG and DOES 1-10,<br><br>Defendants. | CASE NO.: 1:17-CV-00432-AWI-MJS<br><br>**STIPULATION TO REMAND AND ORDER THEREON**<br><br>(Doc. No. 5) |

On April 19, 2017, the parties filed the following stipulation:

The parties, having met and conferred by and through counsel, do stipulate to the following:

**RECITALS**

WHEREAS, Plaintiffs Brandon Greene and Rene L. Brandt brought suit against Defendant Richard Schellenberg in the Superior Court of California in and for the County of Fresno on December 20, 2016; and,

WHEREAS, Defendant Rick Schellenberg timely removed the matter to Federal Court, followed by Plaintiffs' timely motion to remand; and,

LAW OFFICES
HERR PEDERSEN &
BERGLUND LLP
Attorneys at Law
100 Willow Plaza
Suite 300
Visalia, CA 93291
(559) 636-0200

-1-

**STIPULATION TO REMAND AND ORDER THEREON**

1 | WHEREAS, legal counsel for the parties seek to dispose of the issue of removal and remand without further expense; and,

2 | WHEREAS, legal counsel for the parties have met and conferred on the matter and arrived at an agreement on the motion's disposition; and,

3 | WHEREAS, legal counsel for the parties agree that Defendant Richard Schellenberg's responsive pleading shall be due seven (7) days from the order to remand on the superior court; then,

The parties agree to the following,

## TERMS AND CONDITIONS

1. The matter shall be remanded back to the trial court without further proceedings in the District Court.

2. Each side shall bear their own costs and fees on the removal and the motion to remand.

3. Defendant Richard Schellenberg shall file a responsive pleading seven (7) days from the order to remand on the superior court.

Respectfully submitted,

DATED: April 19, 2017        HERR PEDERSEN & BERGLUND LLP

By: /s/ Leonard C. Herr
    LEONARD C. HERR,
    Attorneys for Defendant
    RICHARD SCHELLENBERG

DATED: April 19, 2017        LAW OFFICES OF KEVIN G. LITTLE

By: /s/ Robert A. Fuentes (auth. 4/19/17)
    KEVIN G. LITTLE
    ROBERT A. FUENTES
    Attorneys for Plaintiffs
    BRANDON GREEN and
    RENE L. BRANDT

LAW OFFICES
HERR PEDERSEN &
BERGLUND LLP
Attorneys at Law
100 Willow Plaza
Suite 300
Visalia, CA 93291
(559) 636-0200

-2-

**STIPULATION TO REMAND AND ORDER THEREON**

After review, the Court will give effect to the parties' stipulation.

Accordingly, IT IS HEREBY ORDERED that:

1. The hearing on Plaintiff's motion to Remand is VACATED;
2. Pursuant to the stipulation of the parties this matter is REMANDED forthwith to the Fresno County Superior Court; and
3. The Clerk shall terminated Plaintiff's motion to remand (Doc. No. 5) in light of the parties' stipulation and the remand of this case.

IT IS SO ORDERED.

Dated: April 19, 2017

_____
SENIOR DISTRICT JUDGE

LAW OFFICES
HERR PEDERSEN &
BERGLUND LLP
Attorneys at Law
100 Willow Plaza
Suite 300
Visalia, CA 93291
(559) 636-0200